**Fill in this information to identity the case:**

| | |
|---|---|
| Debtor 1 | William Troy Cole |
| Debtor 2 (Spouse, if filing) | Tricia Jean Cole |
| United States Bankruptcy Court for the: | Southern District of Ohio (State) |
| Case number | 2:15-bk-50889 |

Form 4100R

# Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 0511 ___ ___ ___

**Property address:** 9 E High Street
Number    Street

_____

New Concord, OH 43762
City         State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___/___/____
MM / DD / YYYY

Debtor 1 __William Troy Cole__   Case number (*if known*) 2:15-bk-50889
          First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Michelle R. Ghidotti-Gonsalves      Date 8/30/2019
   Signature

Print    Michelle R. Ghidotti-Gonsalves          Title  Authorized Agent
         First Name   Middle Name   Last Name

Company  Ghidotti | Berger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  1920 Old Tustin Ave.
         Number       Street

         Santa Ana              CA              92705
         City                   State           ZIP Code

Contact phone  (949) 427-2010         Email  kzilberstein@ghidottiberger.com

| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
| 2 | GHIDOTTI | BERGER LLP |
|   | 1920 Old Tustin Ave. |
| 3 | Santa Ana, CA 92705 |
|   | Ph:  (949) 427-2010 |
| 4 | Fax: (949) 427-2732 |
| 5 | mghidotti@ghidottiberger.com |
| 6 | Authorized Agent for Creditor |
|   | U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO – COLUMBUS DIVISION

| In Re: | ) | CASE NO.:  2:15-bk-50889 |
|---|---|---|
|  | ) |  |
| WILLIAM TROY COLE | ) | CHAPTER 13 |
| TRICIA JEAN COLE | ) |  |
|     Debtors. | ) | **CERTIFICATE OF SERVICE** |

### **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On August 30, 2019  I served the following documents described as:

1

CERTIFICATE OF SERVICE

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>**William Troy Cole**<br>9 E High Street<br>New Concord, OH 43762<br><br>**Joint Debtor**<br>**Tricia Jean Cole**<br>9 E High Street<br>New Concord, OH 43762<br><br>**Debtor's Counsel**<br>**Mitchell Marczewski**<br>Marczewski Law Offices LLC<br>1020 Maple Ave<br>Zanesville, OH 43701 | **Trustee**<br>**Frank M Pees**<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085<br><br>**US Trustee**<br>**Asst US Trustee (Col)**<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215 |
|---|---|

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 30, 2019 at Santa Ana, California

/*s / Evan W. Tragarz*
Evan W. Tragarz